AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

DEANDREA WALKER

Plaintiff,

**CLERK'S JUDGMENT IN A CIVIL CASE**

v.

CASE NUMBER: 4:25-cv-00158

EXPERIAN INFORMATION SOLUTIONS, INC.

Defendant.

### IT IS ORDERED AND ADJUDGED

that per the Defendant Experian Information Solutions, Inc.'s offer of judgment and the Plaintiff Deander Walker's acceptance, judgment is hereby entered in favor of the Plaintiff and against the Defendant. Experian shall pay Plaintiff the total amount of two thousand dollars in full and final satisfaction of all damages and relief sought from Experian in this action. The Plaintiff will provide Experian with a completed Form W-9 before the payment is made. Experian expressly denies all liability for the doubtful and disputed claims set forth in this action.



| | |
|---|---|
| April 22, 2026 | John E Triplett, Clerk of Court |
| Date | Clerk |
| | *[signature]* James R. Burnell |
| | (By) Deputy Clerk |

GAS Rev 10/2020